**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Kay Hilgerson Michiels
Gold, Weems, Bruser
2001 MacArthur Drive
Alexandria LA 71307-6118

Edward E. Rundell
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71301

Murphy James Foster, III
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821

Loulan Joseph Pitre, Jr.
Kelly Hart & Pitre
400 Poydras Street, Ste 1812
New Orleans LA 70130

Stephen A. LaFleur
Gold, Weems
P. O. Box 6118
Alexandria LA 71307-6118

James G. Theus
Theus Law Office
1902 Jackson St
Alexandria LA 71301

John Thomas Andrishok
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821-3197

> Judgment on rehearing rendered and mailed to all parties or counsel of record on November 13, 2019

**REHEARING ACTION: November 13, 2019**

**Docket Number: 19   00021-CA**

**JUANITA W. FONTENOT AND**
**T. JUNE WILDER**
**VERSUS**
**GILCHRIST CONSTRUCTION CO., LLC**

**Appealed from Allen Parish Case No. C2012-146**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Candyce G. Perret**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gilchrist Construction Co., LLC** has this day been

    **DENIED.**


cc: Michael Reese Davis, Counsel for the Appellee
    Richard Allen Sherburne, Jr., Counsel for the Appellee
    Herbert Todd Nesom, Counsel for the Appellee
    Wells Talbot Watson, Counsel for the Appellee